

# NUMBER 13-22-00025-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THE HERMAN LINDLEY TRUST,
HERMAN JAY LINDLEY, AND
HENRY ARTHUR LINDLEY,                                    Appellants,

v.

CCATT LLC,                                              Appellee.

On appeal from the 51st District Court
of Irion County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

The case is before the Court on a joint motion to stay appellate deadlines due to

settlement to allow the parties the opportunity to execute final settlement instruments.

The Court, having examined and fully considered the documents on file and the joint motion, is of the opinion that the joint motion should be granted. The joint motion is granted, and this matter is abated.

The Court directs appellants to file, on or before March 10, 2022, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
26th day of January, 2022.